IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS EUGENE SAUNDERS,

        Petitioner,                         No. CIV S-06-734 MCE CHS P

    vs.

TOM L. CAREY,

        Respondent.                 ORDER

                             /

        Petitioner Thomas Eugene Saunders is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 30, 2006, Mr. Saunders filed this federal petition challenging the governor's reversal of the Board of Parole Hearing's decision finding him suitable for parole.  Since that date Mr. Saunders' parole status or other relevant facts may have changed.

        Accordingly, IT IS HEREBY ORDERED that:

   1. On or before 20 days from the date of this order the respondent shall file a memorandum concerning the petitioner's current parole status, including whether he has had any further parole consideration, and if so, the result of that proceeding; and

   2. The memorandum shall also state whether the petitioner has incurred any disciplinary reports, or other serious matters occurring since the hearing currently under consideration, which may be probative as to whether he is currently dangerous;

   3. Any relevant documentation may be attached to the memorandum.

DATED: January 29, 2009.

CHARLENE H. SORRENTINO
UNITED STATES MAGISTRATE JUDGE