IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS EUGENE SAUNDERS,<br><br>    Petitioner,<br><br>  vs.<br><br>TOM L. CAREY,<br><br>    Respondent.<br>_____/ | No. 2:06-cv-00734-MCE-CHS<br><br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 20, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

1

Both Petitioner and Respondent filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a <u>de novo</u> review of this case. This action is now administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted*, __ F.3d. __, No. 06-55392 (9th Cir. filed May 16, 2008). The parties are directed to notify the Court within ten (10) days after a decision is issued in <u>Hayward</u>. The Court will thereafter make a determination with respect to the merits of the February 20, 2009, findings and recommendations.

IT IS SO ORDERED.

Dated: May 19, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE